IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAIME COVARRUBIAS, #939535 | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv192 |
| BENDA MAPPS | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Jaime Covarrubias, a prisoner currently confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil lawsuit. In response, Defendant Mapps filed an amended motion for summary judgment requesting the dismissal of all claims against her. (Dkt. #22).

The motion was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that Defendant Mapps' amended motion for summary judgment (Dkt. #22) should be granted, in part, and denied, in part. (Dkt. #24). The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the motion, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Report and Recommendation (Dkt. #24) is **ADOPTED**. It is further

**ORDERED** that Defendant Mapps' amended motion for summary judgment (Dkt. #22) regarding damages against her in her official capacity is **GRANTED**. It is finally

**ORDERED** that Defendant Mapps' amended motion for summary (Dkt. #22) regarding the Fourth Amendment cross-gender strip search claim and qualified immunity is **DENIED**.

So **ORDERED** and **SIGNED February 22, 2019.**

_____
Ron Clark, Senior District Judge