# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **JAIME COVARRUBIAS,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv192 |
| | § | |
| **BRENDA MAPPS** | § | |

## FINAL JUDGMENT

This action came on for trial before the Court and jury, the Honorable John D. Love, United States Magistrate Judge, presiding, and the issues having been duly tried, and the jury having duly rendered its verdict, it is

**ORDERED** and **ADJUDGED** that the Plaintiff, Jaime Covarrubias, take nothing by his suit and that the complaint is **DISMISSED** with prejudice.   It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

So ORDERED and SIGNED this 8th day of October, 2019.

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE